# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARL DEAN EDWARDS, | Case No.: 2:10-cv-00973-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Report & Recommendation–#7) |
| JOHN CASEL, *et al*, | |
| Defendants. | |

      Before this Court is the Report and Recommendation of the United States Magistrate Judge (#7), entered by the Honorable George W. Foley, Jr. regarding Plaintiff Carl Dean Edwards' Application to Proceed *In Forma Pauperis* (#1, filed June 18, 2010). No objection was filed to Magistrate Judge Foley's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Foley's should be accepted and adopted.

1

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
2  Recommendation entered March 14, 2011 (#7) is ACCEPTED and ADOPTED, and Edwards'
3  Application to Proceed *In Forma Pauperis* (#1) is DENIED.  The case is dismissed with prejudice.
4  Dated: May 20, 2011.

                                                              _____
                                                              **ROGER L. HUNT**
                                                              **Chief United States District Judge**